# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:17-cv-01735-SVW-RAO | Date | December 13, 2017 |
|---|---|---|---|
| Title | *Robert McCarthy v. Kirpal Dhaliwal et al* | | |

## JS-6

---

**Present: The Honorable** STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** ORDER DISMISSING CASE FOR LACK OF PROSECUTION

    On December 4, 2017, the Court asked plaintiff to show cause why the case should not be dismissed for lack of prosecution. Plaintiff responded by filing a proof of service from September 13, 2017. Defendant did not answer by the deadline, October 4, 2017. Plaintiff has not taken any steps after that point besides filing the proof of service when asked to show cause. Plaintiff has not pursued the necessary remedies in such a situation and has not diligently prosecuted the action. For those reasons, the Court DISMISSES the case without prejudice.

 

                                                                                                                                                                   :

Initials of Preparer       PMC